**John SMITH, Petitioner–Appellant,**

v.

**Stephen F. PONTESSO, Warden, Respondent–Appellee.**

No. 01–16004.

D.C. No. CV–99–01340–RCB.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

### MEMORANDUM **

John Smith appeals the district court's denial of his 28 U.S.C. § 2241 petition challenging the Bureau of Prison's eligibility requirements for early release under the Residential Drug Abuse Program pursuant to 18 U.S.C. § 3621(e). Because the Bureau of Prisons has since released Smith from custody, we lack the ability to remedy his grievance, which renders moot his petition. *See Munoz v. Rowland*, 104 F.3d 1096, 1097–98 (9th Cir.1997).

**DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.